IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
BEATRICE OLDEN,                *
                               *
     Plaintiff,                *
                               *
     v.                        *
                               *    CV 119-166
QUALITY CARE & ADVOCACY GROUP, *
INC. and SANDRA TAYLOR,        *
                               *
     Defendants.               *
                               *
```

**O R D E R**

Before the Court is the Parties' revised motion for approval of settlement. (Doc. 58.) Pursuant to Eleventh Circuit precedent and the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*, as amended, the Court is required to scrutinize the proposed settlement agreement for fairness before approving it and entering a judgment. On September 8, 2022, the Court denied the Parties' original motion for settlement approval and they have now submitted a revised motion and amended settlement agreement. For the following reasons, the Parties' motion is **GRANTED**.

**I. DISCUSSION**

The Court previously found the presence of a bona fide dispute. (Doc. 57, at 3.) However, the Court denied the Parties' motion because of a pervasive release provision. (Id. at 5-7.)

The release clause in the original settlement agreement released Defendants from non-FLSA claims, making it impermissibly pervasive. The amended release provision provides Plaintiff releases Defendants "from any claims [Plaintiff] has or may have against the [Defendants] under the Fair Labor Standards Act ("FLSA"), including any claims for attorneys' fees or costs under the FLSA." (Doc. 58-1, at 2.) The Court is satisfied that this limiting language makes the release provision permissible.

## II. CONCLUSION

For the foregoing reasons, **IT IS HEREBY ORDERED** that the Parties' revised motion for approval of settlement (Doc. 58) is **GRANTED**. The Parties requested that upon approval of the settlement agreement, the Court grant dismissal of the case with prejudice. Since both Parties signed the settlement agreement, the Court finds dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise ordered.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of September, 2022.

			                                          _____
			                                          J. RANDAL HALL, CHIEF JUDGE
			                                          UNITED STATES DISTRICT COURT
			                                          SOUTHERN DISTRICT OF GEORGIA